UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-cr-91 |
| vs. | ) | |
| | ) | |
| CURTIS L. JACKSON | ) | MATTICE/CARTER |

### MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on October 14, 2009, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The defendant, Curtis L. Jackson.
(3) Attorney John McDougal for defendant.
(4) U.S. Probation Officer Donna Rankin.
(5) Deputy Clerk Stefanie Capetz.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Scott Winne called U.S. Probation Office Donna Rankin, who testified the defendant has violated his conditions of electronic monitoring as set forth in the Petition. Based on the petition and the testimony presented, I conclude the defendant has failed to abide by his conditions of release and that he is therefore a danger to the community. He must therefore be detained without bond.

SO ORDERED.

ENTER.

Dated: October 20, 2009            s/William B. Mitchell Carter
                                    UNITED STATES MAGISTRATE JUDGE